Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: **'08 MJ 8779**

The person charged as __Javier RODRIGUEZ-Garcia__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Eastern__ District of __California__ with __Deported Alien found in the United States__, in violation of __Title 8, United States Code, Section 1326 (a) and (b) (2)__

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __8/26/08__

Christopher A. Salgado
(Name)
Deportation Officer

Reviewed and Approved:
Dated: __8-26-08__

Assistant United States Attorney

**FILED**
AUG 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

USA,

v.

JAVIER RODRIGUEZ-GARCIA,

**WARRANT FOR ARREST**

Case Number: 2:07-CR-00568-EJG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Javier Rodriguez-Garcia,

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Violation Petition   ☐ Other _____

charging him or her with (brief description of offense)

**Deported Alien Found in the United States**

in violation of Title **8**   United States Code, Section(s) **1326**

| M. Dillon | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
|  | 12/21/07   Sacramento |
| Signature of Issuing Officer | Date and Location |

Bail fixed at **NO BAIL**   by   Judge Edmund F. Brennan

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

| 8/26/08 | Christopher SALGADO  Deportation Officer |
|---|---|
| Date Received | Name and Title of Arresting Officer |
| 8/26/08 | [signature] |
| Date of Arrest | Signature of Arresting Officer |

McGREGOR W. SCOTT
United States Attorney
KYLE F. REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2782

FILED

DEC 20 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )   2 07 - CR - - 5 6 8 EG
                                     )
            Plaintiff,               )   VIOLATION: 8 U.S.C.
                                     )   §§ 1326(a) and (b)(2) -
     v.                              )   Deported Alien Found in the
                                     )   United States
JAVIER RODRIGUEZ-GARCIA,             )
     aka Javier Rodriguez,           )
                                     )
            Defendant.               )
_____)

# I N D I C T M E N T

The Grand Jury charges:  T H A T

JAVIER RODRIGUEZ-GARCIA,
aka Javier Rodriguez,

defendant herein, an alien, on or about April 2, 2007, was excluded, deported and removed from the United States after being convicted of one or more crimes punishable by a term of imprisonment exceeding one year, specifically:

Voluntary Manslaughter in violation of California Penal
Code Section 192(A), on or about June 4, 1998, in
Stanislaus County, California;

and, thereafter, on or about November 20, 2007, the defendant was found in the State and Eastern District of California, with neither

1

1  the Attorney General of the United States nor the Secretary of the
2  Department of Homeland Security having expressly consented to a
3  reapplication by the defendant for admission into the United States,
4  in violation of Title 8, United States Code, Sections 1326(a) and
5  (b)(2).

6
7                                        A TRUE BILL.
8                                        /s/ Signature on file w/AUSA
9                                        ---------------------------
                                         FOREPERSON
10
11 [signature]
   -----------------------------
12 McGREGOR W. SCOTT
   United States Attorney
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                2